THE LAW OFFICE OF GREGORY H. MITTS
1309 "L" STREET
BAKERSFIELD, CA.  93301
(661) 323-0789
CAL. STATE BAR NO. 71981

Attorney for Defendant
DAVID PRINCE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:05CR00309-OWW |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING HEARING |
| vs. | ) |
| | ) SENTENCING DATE: 04/03/06 |
| DAVID PRINCE, | ) |
| | ) |
| Defendant | ) |


IT IS HEREBY STIPULATED by and between the parties by and between their respective attorneys of record that the sentencing hearing in the above-referenced matter presently set before the HONORABLE OLIVER W. WANGER, Judge of the United States District Court, Eastern District of California, be continued until Monday, April 17, 2006 at the hour of 1:30 p.m.  It is ordered

//

//

STIPULATION TO CONTINUE - 1

PDF created with pdfFactory trial version www.pdffactory.com

1  that Defendant personally appear at said time and place for the

2  sentencing hearing.

3

4

5  DATED: MARCH 28, 2006                    _/S/_____

6                                           GREGORY H. MITTS
                                            ATTORNEY FOR DEFENDANT
7                                           DAVID PRINCE

8

9  DATED:_____                 _____/S/_____

10                                          DAVID GAPPA
                                            ASST. U.S. ATTORNEY
11

12 So Ordered.

13

14 Dated: ___April 11, 2006        _/s/ OLIVER W. WANGER_

15                                 U. S. District Judge

16

17

18

19

20

21

22

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com