Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant David Prince

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:05-cr-00309  LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | HEARING, AND ORDER |
| v. | ) | THEREON |
| | ) | |
| DAVID PRINCE, | ) | New Date:   August 3, 2015 |
| | ) | Time:  8:30 a.m. |
| Defendant. | ) | Judge:  Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Hearing on Defendant's Motion for Early Termination of Supervision, in the above captioned matter, scheduled for July 27, 2015 at 8:30 a.m., be continued to **August 3, 2015 at 8:30 a.m.**

The change of dates is necessary in order to ensure the presence of a necessary witness for Mr. Prince.

So stipulated.

Dated:  July 21, 2015          /s/ Carolyn D. Phillips
                               CAROLYN D. PHILLIPS
                               Attorney for David Prince


Dated:  July 21, 2015          BENJAMIN B. WAGNER

*Stipulation To Continue Hearing, And Order Thereon, Case No. 1:05-cr-00309 LJO*     1

United States Attorney

By:   /s/Brian Enos
      BRIAN ENOS
      Attorneys for the United States

**ORDER**

Since a witness can not change the provisions of 18 USC section 3583(k), until there is a response to overcome that statute's provisions, there is no reason to continue the hearing as scheduled. Denied without prejudice.

IT IS SO ORDERED.

Dated:   **July 21, 2015**       **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE