UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DAVID DEWAYNE PRINCE,<br><br>　　　　　Defendant. | 1:05-CR-00309 LJO-1<br><br>ORDER MEMORIALIZING MODIFICATION OF CONDITIONS OF RELEASE |

　　　As stated on the record in open court on July 27, 2015, Defendant David Dewayne Prince's motion to modify the terms of his supervised release is GRANTED. The terms and conditions are modified as follows:

1. Defendant may travel outside the State of California for work with advance notice to and permission by Probation;

2. Defendant must supply Probation, in advance of such travel, with a full and complete itinerary for any interstate travel; and

3. Probation may require Defendant to wear an ankle GPS, at probation's expense, when the Defendant is travelling interstate.

**IT IS SO ORDERED**
**Dated: July 29, 2015**

　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**